

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF AGING and DISABILITY SERVICES, | § | No. 08-23-00177-CV |
| | § | Appeal from the |
| Appellant, | § | |
| v. | § | County Court at Law Number Three |
| CLAUDIA GOMEZ, | § | of El Paso County, Texas |
| | § | (TC# 2016DCV4116) |
| Appellee. | § | |
| | § | |

## **<u>JUDGMENT</u>**

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse the trial court's denial of Texas Department of Aging and Disability services' plea to the jurisdiction in relation to Claudia Gomez's age, gender, and disability discrimination claims and render judgment dismissing these claims for lack of jurisdiction. We order that Appellant recover its costs of appeal from Appellee. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF AUGUST2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox, and Soto, JJ.